Schedule 7.1

| Plaintiff | Parent Corporation or any publicly held corporation owning 10% or more of its stock |
|---|---|
| Broadcast Music, Inc. ("BMI") | BMI certifies that its parent company, Otis Parent, Inc., holds 100% of BMI's stock.  Otis Parent, Inc. is not a publicly held company. |
| BMG Rights Management (US) LLC d/b/a BMG Platinum Songs (US) | Bertelsmann, Inc. |
| BMG Rights Management GmbH d/b/a BMG Rights Management US LLC d/b/a EMI Virgin Songs | Bertelsmann, Inc. |
| EMI Consortium Songs, Inc. d/b/a EMI Longitude Music | EMI Group Global Ltd. |
| Harrick Music, Inc. | N/A |
| Warner-Tamerlane Publishing Corp. | Warner Music Group Corp. |